USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 07/15/2016

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PUBLIC CONSULTING GROUP, INC.,

                Petitioner,

      v.

EL EDUCATION, INC.,

                Respondent.

No. 16-MC-241 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons stated on the record at today's conference, Petitioner's motion to compel Respondent to comply with two subpoenas is granted. The Clerk of Court is respectfully directed to terminate item number 1 on the docket and to close this case.

SO ORDERED.

Dated:    July 15, 2016
             New York, New York

                                            Ronnie Abrams
                                            United States District Judge